JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

JEFFREY LAMONT ROBINSON, *et al.*,

Plaintiffs,

vs.

NISSAN NORTH AMERICA, INC., *et al.*,

Defendants.

Case No: 2:25-cv-01308-CV (RAOx)

**ORDER OF DISMISSAL**

On June 12, 2026, the Parties filed a Stipulation requesting that the Court dismiss their case with prejudice. The Court, having considered the Stipulation and good cause having been found, hereby GRANTS the Stipulation and ORDERS that the entire action, including all claims and counterclaims stated herein against all parties, is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

DATE: 7/8/26

Cynthia Valenzuela

HON. CYNTHIA VALENZUELA
UNITED STATES DISTRICT JUDGE